FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Cenales (Last Name) — 458456 (Identification Number)

Ellis (First Name) — Lamont (Middle Name)

HCADC (Institution)

10451 Larkin Smith dr. gulfport MS 39503 (Address)

(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

V.

VitaCore at HCDC

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 1:24CV257 HSO-BWR (to be completed by the Court)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 22 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?  Yes ( )  No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): _____

# PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Ellis Cenales  Prisoner Number: 458456

Address: 10451 Larkin Smith dr.
Gulf port MS 39503

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Vita core health _____ is employed as Medical at HCADC

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Ellis Cenales     ADDRESS: 10455 Larkin Smith dr.

DEFENDANT(S):

NAME:      ADDRESS:

Vita core      10451 Larkin Smith dr
HCADC         Gulf port MS 39503

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( )  No (✓)

B. Are you presently incarcerated for a parole or probation violation?

Yes ( )  No (✓)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )  No (✓)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )  No (✓)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes (✓)  No ( ), if so, state the results of the procedure: __Verbal Complaints due to Kiosk being down__

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

   Yes (✓)  No ( )

2. State how your claims were presented (written request, verbal request, request for forms): __Both__

3. State the date your claims were presented: __7-27-24__

4. State the result of the procedure: __Nothing__

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

Was charged for services not given by Medical total of $25.00 in. More So still trying to take a total 29.38

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Put my Money back and have a audit on this place

Signed this 11 day of 08, 20 24.

Ellis Cenales
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

08-11-24
(Date)

Ellis Cenales
Signature of plaintiff

4